# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| David Kahler, | Civil No. 05-1107 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Norman Y. Mineta, Secretary, Department of Transportation, | |
| Defendant. | |

---

The Scheduling Order dated February 8, 2007, is modified as follows:[1]

The trial materials listed below are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By <u>April 19, 2007</u>:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial Brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>April 24, 2007</u>:

(1) Responsive Briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

---

[1] This case remains "ready for trial" as of May 1, 2007, and there will be <u>no</u> further modifications of the Scheduling Order for submission of trial materials.

    (3)    Replies to Trial Briefs.

    By <u>April 27, 2007</u>:  Responses to the Written Objections.

Dated:  February 27, 2007

                                          <u>s/Richard H. Kyle</u>
                                          RICHARD H. KYLE
                                          United States District Judge