# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| David Kahler, | Civil No. 05-1107(RHK/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| Mary E. Peters, Secretary, Department of Transportation, | |
| Defendant. | |

---

Based upon the Stipulation of Dismissal (Doc. No. 43) executed by the parties hereto, **IT IS ORDERED** that the above-entitled matter may be and it is hereby **DISMISSED WITH PREJUDICE**, and on the merits without further cost to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 1, 2007

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge